William T. McLaughlin II #116348
Thomas G. McLaughlin #236170
**McLAUGHLIN LAW GROUP LLP**
1368 W. Herndon, Suite 103
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Defendants
KING LUMINAIRE COMPANY, INC. and STRESSCRETE GROUP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| KENCLAIRE (WEST) ELECTRICAL AGENCIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPRING CITY ELECTRICAL MANUFACTURING COMPANY, a Pennsylvania corporation, KING LUMINAIRE COMPANY, INC., an Ohio corporation, THE STRESSCRETE GROUP, a Canadian company, and DOES 1-25,<br><br>Defendants. | **Case No. 1:08-CV-01875-LJO-SMS**<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS KING LUMINAIRE COMPANY, INC. AND STRESSCRETE GROUP WITH PREJUDICE; AND ORDER THEREON** |

///
///
///
///
///
///
///
///
///

The parties hereto, by and through their respective counsel of record, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby agree and stipulate that Defendants KING LUMINAIRE COMPANY INC. and THE STRESSCRETE GROUP be dismissed with prejudice forthwith from this action without further proceeding in accordance with the terms of the parties' Confidential Settlement and Release Agreement.

Dated: _____, 2009     **BAKER, MANOCK & JENSEN**

By:/s/ Charles K. Manock_____
   Charles K. Manock
   Attorney for Plaintiff KENCLAIRE (WEST)
   ELECTRICAL AGENCIES, INC.

Dated: _____, 2009     **McLAUGHLIN LAW GROUP LLP**

By:/s/ William T. McLaughlin II_____
   William T. McLaughlin II
   Attorneys for Defendants
   KING LUMINAIRE COMPANY INC.,
   STRESSCRETE GROUP

Dated: _____, 2009     **WARREN AND YOUNG PLL**

By:/s/_Craig F. Sernik_____
   Craig F. Sernik
   Attorneys for Defendants
   KING LUMINAIRE COMPANY INC.,
   STRESSCRETE GROUP

## **ORDER**

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that Defendants KING LUMINAIRE COMPANY INC. and THE STRESSCRETE GROUP be and hereby are DISMISSED from this action with prejudice.

DATED: _March 26, 2009

   /s/ Lawrence J. O'Neill_
   Honorable Lawrence J. O'Neill
   United States District Court

McLAUGHLIN LAW GROUP LLP
1368 W. Herndon
Suite 103
Fresno, CA 93711