| | |
|---|---|
| Charles K. Manock | #161633 |

**BAKER MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for Plaintiff KENCLAIRE (WEST) ELECTRICAL AGENCIES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENCLAIRE (WEST) ELECTRICAL AGENCIES, INC. A California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPRING CITY ELECTRICAL MANUFACTURING COMPANY, Inc., a Pennsylvania corporation, KING LUMINAIRE, COMPANY, INC., an Ohio Corporation, THE STRESSCRETE GROUP, a Canadian corporation, and DOES 1-25,<br><br>Defendants. | Case No. 1:08-CV-01875-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT SPRING CITY ELECTRICAL MANUFACTURING COMPANY, INC. WITH PREJUDICE; AND ORDER THEREON** |

///
///
///
///
///
///
///
///
///

1    The parties hereto, by and through their respective counsel of record, and pursuant
2    to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby agree and stipulate that Defendant
3    SPRING CITY ELECTRICAL MANUFACTURING COMPANY, INC., be dismissed with
4    prejudice forthwith from this action without further proceeding in accordance with the terms of the
5    parties' Confidential Settlement and Release Agreement.

Dated: April 9, 2009                **BAKER MANOCK & JENSEN, PC**

By /S/ CHARLES K. MANOCK
**Charles K. Manock**
Attorney for Plaintiff, KENCLAIRE (WEST)
ELECTRICAL AGENCIES, INC.

Dates: April 9, 2009                **DRINKER BIDDLE & REATH LLP**

By: /S/ ANDREA L. D'AMBREA
**Andrea L. D'Amdra**
Attorneys for Defendant
SPRING CITY ELECTRICAL
MANUFACTURING CO.

## ORDER

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that Defendant SPRING CITY ELECTRICAL MANUFACTURING COMPANY, INC. be and hereby are DISMISSED from this action with prejudice. This case is closed.

IT IS SO ORDERED.

**Dated:   April 14, 2009**                /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE